IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLEN MCCAULEY,

                    Plaintiff,

     v.

PREMIER PROPERTY PARTNERS OF
SOUTH BELOIT, LLC,
and JEREMIAH HIGGINS,

                    Defendants,

Temporary Restraining
Order

26-cv-434-wmc

For reasons more fully articulated at this afternoon's telephonic hearing, at which plaintiff's counsel appeared,[1] the court finds good cause for equitable relief pending the possible issuance of a preliminary injunction based upon the submissions supporting plaintiff Glen McCauley's motion for a temporary restraining order.  (Dkts. ##3-5.)  Specifically, plaintiff provides credible evidence that defendants Jeremiah Higgins and his sole proprietorship, Premier Property Partners, both of South Beloit, Illinois, unlawfully converted over $1 million of his property using a Power of Attorney ("POA") and continues to withhold rental payments owed on those and other properties owned by plaintiff, an elderly Wisconsin resident. Moreover, in light of those representations, it appears likely that without preliminary relief, defendants may cause further, irreparable harm by hiding or transferring additional assets

---

[1] During the hearing, plaintiff's counsel represented to the court that while defendants had not yet been formally served with plaintiff's complaint, motion for temporary restraining order, and supporting materials, they had been notified this morning by telephone of the date and time of the hearing.  Plaintiff's counsel further represented that defendant Higgins:  did not want to be sent electronic copies of plaintiff's materials; would not appear at the hearing; and advised plaintiff's counsel to direct future communications to defendants' attorney, but would not identify who counsel was or advise how to reach them.

belonging to plaintiff.  Finally, the public has a strong interest in protecting possible victims of elder abuse and fraud.

Accordingly, IT IS ORDERED that:

1. Defendants Premier Property Partners Of South Beloit, LLC, Jeremiah Higgins, and their agents, officers, employees, successors, and all persons acting in concert with each or any of them, are TEMPORARILY RESTRAINED from transferring the properties located at 204 Bluff St, Beloit, WI, 53511(dkt. #2-3); 118 Bluff St, Beloit, WI, 53511 (dkt. #2-4); 112 Bluff St, Beloit, WI, 53511 (dkt. #2-5); 2235 S Pow Wow Trail, Beloit, WI, 53511 (dkt. #2-6) (all Quit Claim Deeds purporting to have been transferred under a POA by defendant Higgins are attached).

2. Plaintiff is authorized to file this TRO with the Rock County Register of Deeds as a lis pendens with respect to each of those four properties, as well as any other properties that plaintiff purports to own.

3. Defendants and their agents, officers, employees, successors, and all persons acting in concert with each or any of them, are TEMPORARILY RESTRAINED from transferring any other real estate belonging to plaintiff.

4. This clerk of court is directed to schedule a preliminary injunction hearing in this case on Tuesday, June 2, 2026, at 12:30 p.m.  Plaintiff may have until Friday, May 15, 2026, to supplement his motion with additional evidentiary materials, including an affidavit supporting each of the proposed findings of fact. Defendants will have 14 days from the entry of this order to file any opposition to plaintiff's motion.

5. IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 65(c), plaintiff shall not be required to post a bond at this time.

Entered this 11th day of May, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2