IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLEN MCCAULEY,

|  |  |  |
|---|---|---|
| | Plaintiff, | AMENDED TEMPORARY RESTRAINING ORDER |
| v. | | |
| PREMIER PROPERTY PARTNERS OF SOUTH BELOIT, LLC, and JEREMIAH HIGGINS, | | 26-cv-434-wmc |
| | Defendants, | |

For reasons more fully articulated at this afternoon's telephonic hearing, at which plaintiff's counsel and defendant Jeremiah Higgins appeared, the court finds good cause for continued equitable relief pending the possible issuance of a preliminary injunction based upon the submissions supporting plaintiff Glen McCauley's motion for a temporary restraining order.  (Dkts. ##3-5, 7-9, & 10.)  Specifically, plaintiff provides credible evidence that defendants Jeremiah Higgins and his sole proprietorship, Premier Property Partners, both of South Beloit, Illinois, unlawfully converted over $1 million of his property using a Power of Attorney ("POA") and continues to withhold rental payments owed on those and other properties owned by plaintiff, an elderly Wisconsin resident. Moreover, in light of those representations, it appears likely that without preliminary relief, defendants may cause further, irreparable harm by hiding or transferring additional assets belonging to plaintiff.  Finally, the public has a strong interest in protecting possible victims of elder abuse and fraud.

Accordingly, IT IS ORDERED that:

1.  Defendants Premier Property Partners Of South Beloit, LLC, Jeremiah Higgins, and their agents, officers, employees, successors, and all persons acting in concert with each or any of them, are TEMPORARILY RESTRAINED from transferring, taking out any mortgage on, or otherwise placing an encumbrance on the properties located at 204 Bluff St, Beloit, WI, 53511(dkt. #2-3); 118 Bluff St, Beloit, WI, 53511 (dkt. #2-4); 112 Bluff St, Beloit, WI, 53511 (dkt. #2-5); 2235 S Pow Wow Trail, Beloit, WI, 53511 (dkt. #2-6) (all Quit Claim Deeds purporting to have been transferred under a POA by defendant Higgins are attached).

2.  Plaintiff is authorized to file this Amended TRO with the Rock County Register of Deeds as a lis pendens with respect to each of those four properties, as well as any other properties that plaintiff owns.

3.  Defendants and their agents, officers, employees, successors, and all persons acting in concert with each or any of them, are TEMPORARILY RESTRAINED from transferring or taking out any mortgage on, or otherwise placing an encumbrance on any other real estate belonging to plaintiff.

4.  Similarly, plaintiff and his agents, officers, employees, successors, and all persons acting in concert with him, are TEMPORARILY RESTRAINED from transferring, taking out a mortgage on, or otherwise placing an encumbrance on any real estate belonging to him and the subject of the Premier Property Partners Management Agreement.

5.  Beginning today, defendants are DIRECTED to forward all rents received from the properties subject to the Premier Property Partners Management Agreement, including properties located at 204 Bluff St, Beloit, WI, 53511; 118 Bluff St, Beloit, WI, 53511; 112 Bluff St, Beloit, WI, 53511; 2235 S Pow Wow Trail, Beloit, WI, 53511 to the clerk of court of the United States District Court for the Western District of Wisconsin to be held in escrow until resolution of plaintiff's motion for a preliminary injunction.

6.  The clerk of court is directed to schedule a preliminary injunction hearing in this case on Tuesday, June 30, 2026, at 12:30 p.m., understanding that no request for an extension will be granted absent extraordinary circumstances. Defendants may have until Tuesday, June 23, 2026, to respond to plaintiff's motion in accordance with this court's procedures.

7.  IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 65(c), plaintiff
    shall not be required to post a bond at this time.

Entered this 2nd day of June, 2026.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge