IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLEN MCCAULEY,

Plaintiff,

v.

JERAMIAH HIGGINS, et al.,

Defendants,

ORDER

26-cv-434-wmc

On September 2, 2026, the court held a hearing to resolve plaintiff's motion for limited relief from or to modify the parties' stipulated preliminary injunction order (dkt. #39), at which all parties appeared. Plaintiff's motion is GRANTED IN PART and DENIED IN PART. Specifically, the court APPROVES the sale of the property located at 359 W. Grand Ave. Beloit, WI, on the terms previously disclosed to defendant SUBJECT TO THE FOLLOWING at the closing: $50,000 of the sales proceeds shall be deposited with the Clerk of Court of the United States District Court for the Western District of Wisconsin for deposit in the court's registry in an interest-bearing account under Federal Rule of Civil Procedure 67, pending final judgment or further order of the court; payment of outstanding property taxes and other closing costs; then distribution of the remainder of the sales proceeds to plaintiff. However, no additional properties subject to the preliminary injunction may be sold at this time. Finally, the parties briefing schedule for plaintiff's motion to dismiss counterclaims and counterclaim plaintiff Higgins Properties, LLC, (dkt. #43) shall remain effective, while the current trial date and schedule set out in this court's pretrial conference order (dkt. #27) are STRUCK and an accelerated schedule shall apply:

Rule 26(a)(3) Disclosures, including motions *in limine*, additional voir dire questions, jury instructions and verdict, exhibit lists and any deposition designations: October 23, 2026

Responses to all motions *in limine* and disclosures: November 6, 2026

First Final Pretrial Conference: November 17, 2026, in court at 2:30 p.m.

Second Final Pretrial Conference by zoom videoconference: November 24, 2026, at 2:30 p.m.

Trial: November 30, 2026, at 9:00 a.m.

Dated this 2nd day of September, 2026.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge